[No. 3248–1.   Division One.   April 18, 1977.]

Tony Arnone, *Appellant,* v. J. C. Penney Company, Inc., et al, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 764419, George H. Revelle, J., entered July 25, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by James and Williams, JJ.

[No. 3404–1.   Division One.   April 18, 1977.]

Timothy Fotes, *Appellant,* v. George Rafferty, et al, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 756618, Charles R. Denney, J. Pro Tem., entered October 18, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3954–1.   Division One.   April 18, 1977.]

John C. Griffin, *Appellant,* v. Ileen M. Gehret, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 753869, David C. Hunter, J., entered July 3, 1975. *Affirmed* by unpublished per curiam opinion.